28

S/I

1   Name: Stefan Michalopoulos

2   Address: 35 W. Main St, Suite B-393

3   VENTURA, CA, 93001

4   Phone: 805-535-6996

5   Fax:

6   In Pro Per

7

8               UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
9

10  Stefan Jose Michalopoulos        CASE NUMBER:

11                                   2:23-CV-00044-MEMF-SKx

12                      Plaintiff    Civil Action,
                   v.
13                                   FEDERAL TORT CLAIMS ACT
    UNITED STATES ON BEHalf
14  of the FBI                       (FTCA) of act, 1946.

15                      Defendant(s).   (Enter document title in the space provided above)

16

17

18

19

20

21

22

23

24

25

26

27

28

                        Page Number
    CV-127 (09/09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

FILED

2023 JAN -5 AM 9: 24

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY___ rsm

**Stefan Jose Michalopoulos**
**35 W. Main St., Suite B-393**
**Ventura, CA**
**93001**

**Ph: 805-535-6996**

**Statement of Claim**
**CIVIL ACTION**

**As per**

**Federal Tort Claims Act (FTCA)act.**

First question to the FBI:
Is the Plaintiff Innocent



**U.S. Department of Justice**

Federal Bureau of Investigation
Los Angeles Division

---

*Office of the Chief Division Counsel*
*(310) 996-3386*

*11000 Wilshire Boulevard, Suite 1700*
*Los Angeles, California 90024*

October 3, 2022

**Via Certified Mail (7018 0680 0002 0246 2376)**
Stefan Michalopoulos
35 W. Main Street, Suite B-393
Ventura, CA  93001

     Re:    *Administrative Claim for Personal Injury, Date of Loss:  March 2022 to September, 2022*

Mr. Michalopoulos,

     After a thorough investigation, the FBI has determined that your claim for personal injury presented on September 20, 2022, for the sum certain amount of $365,000,000 will be and must be denied.

     28 C.F.R. Section 14.9(a) requires us to inform you that if you are dissatisfied with our decision, you may file suit in an appropriate U.S. District Court no later than six (6) months after the date of mailing of this letter.

     If you have any questions regarding this matter, please contact the Legal Unit at (310) 996-3386.

                       DONALD ALWAY
                       Assistant District in Charge

          By:     ANTHONY ROBERT MONTERO
                   Chief Division Counsel

## INTRODUCTION

There needs to be a "broken law" or the person needs to be involved in some sort of "criminal activity" for the FBI to interfere with or target an American in any kind of way. In this case, the FBI has targeted an American for having turrets syndrome. This is a discrimination case. This particular type of targeting involves personal injury. According to the Conventiion Against Torture (1984), Article 1, "suffering due to discrimination of any kind", makes this case a torture case.

I, Stefan Michalopoulos, am suing the FBI under the Federal Tort Claims Act, 1946. I am suing for the Negligence and discrimination of every FBI employee that has been assigned to my case from March, 2022 - September, 2022. In this case, every FBI employee caused bodily harm, torture and crimes against humanity while conducting counter-terrorism measures to an innocent mentally handicapped person that has turrets syndrome, just for having turrets syndrome. Every employee committed these torts within the scope of their employment. The mere fact that a FBI employee committed an illegal or wrongful act does not necessarily entail that the employee acted outside the scope of his or her employment. The conduct of Federal employees is generally held to be discretionary unless "a federal statute, regulation or policy specifically prescribes a course of action for a FBI employee to follow". Where a federal statute, regulation or policy pertaining to the challenged action exists, the action may qualify as "discretionary" if the law in question "predominantly uses permissive rather than mandatory language". This makes the everyday work of an FBI employee generally very discretionary until they encounter a torture case. Every federal statute, regulations and policies for torture specifically prescribes a course of action for the FBI employee to follow. Every FBI employee has been provided with the education and information regarding the prohibition against torture. The FBI also includes this prohibition in the rules or instructions issued in regard to the duties and functions of any such person. The language used in every statute, regulation and policy for torture is very manditory language and leaves no room whatsoever for discretion. Not following the mandatory course of action for torture set out by the training provided, statutes, regulations and policies is a breach of procedure due to negligence.

One Statute that has this mandatory language is the Convention Against Torture, signed in New York, December 10, 1984,

Article 2. States **1. "Each state party shall take effective legislation, administrative, judicial or other measures to prevent acts of torture in any territory under its jurisdiction"**

**2. "No exceptional circumstances whatsoever, whether a state of war or a threat of war, internal political instability or any other public emergency, may be invoked as justification of torture"**

**3. "An order from a superior officer or public authority may not be invoked as a justification of torture"**

Article 12. States **"Each State party shall ensure that its competent authorities proceed to a prompt and impartial investigation, wherever there is reasonable ground to believe that an act of torture has been committed in any territory under its jurisdiction"**

2

Every FBI employee assigned to this case from March, 2022 - September, 2022 knew this case is a torture case. Every FBI employee knew that I have turrets syndrome. Every FBI employee called me "CRAZY" because of abnormal mental activity when they knew I have turrets syndrome. Calling me "CRAZY" allowed the FBI employees to acquire a warrant and the funding ($1,200,000.00 per month) for a counter-terrorism operation to be directed to me, an innocent mentally handicapped person, causing torture and crimes against humanity. That is the exact definition of "discrimination to mantally handicapped people".

Every FBI employee was not only negligent in this case but proceeded to experiment on me with counter-terrorism technology to see different abnormal mental activity and torture me with my own turrets syndrome because "nobody had ever seen anything like this before".

Every FBI employee assigned to my case between March, 2022 - September, 2022 is guilty of negligence causing bodily harm while working within the scope of their employment. Guilty under the Federal Tort Claims Act, 1946 for Negligence and breach of mandatory procedures for torture causing eye damage and eye scarring.

Targeting and counter-terrorism measures are reserved for criminals and terrorists. When they are done to innocent people, the protections of American law makes targeting and counter-terrorism measures a gross violation of human rights, torture and crimes against humanity. There's a line not to be crossed with innocent people, and in my case that line was crossed, putting me on the right side of the law and the FBI employees are now criminals themselves. In other words, the FBI has no business whatsoever with innocent people. In this case, the FBI ultimately failed.

According to the Federal Tort Claims Act (FTCA) act, I have presented you with some details about my case to sufficiently describe the injury and enable the FBI to begin your own investigation. The FBI has received such notice and has denied it. No administrative settlement has occurred, then my "right to a judicial determination is preserved and the claimant may file a suit in federal court". I, the claimant typically have 6 months from the date the agency mails its denial to initiate an FTCA lawsuit against the United States in federal court.

That means that this case has not been settled and according to 28 C.F.R. Section 14.9(a) "my right to a judicial determination" is preserved and that authorizes me to file an FTCA suit against the United States for torture and negligence and discrimination and I will have my day in court and fair right to trial.

The lawsuit will be for $365,000,000.00. The United States invests billions of dollars every year to help people with turrets syndrome and mental disabilities. Not to torture them. The protections of American law are to protect the innocent and preserve our American way of life

## STATEMENT OF CLAIM

### RELIEF SOUGHT

**1.** The Plaintiff, Stefan Jose Michalopoulos, claims:

**2.** a Declaration that this case has been a torture case since January, 2020. CSIS (The Canadian Security Intelligence Service) tortured the Plaintiff from January, 2020 - March, 2022. The "CSIS ORDERS" were specifically to "Torture Stefan" from January, 2020 - February, 2021. The LERB (Law Enforcement Review Board) (The Internal Affairs) of Alberta put a restraining order for the prohibition of the torture of the Plaintiff in late December 2020. Also, the Canadian Federal Court System put a restraining order for the prohibition of the torture of the Plaintiff early January 2021. On January 11, 2021, CSIS breached the 2 restraining orders, "hunted" the Plaintiff, and made the Plaintiff overdose on biological nerve agents and administered 2 lethal injections causing the Plaintiff to fall into a coma while in custody of the RCMP Police, and in handcuffs. Now making this case a "torture" and "attempted murder" case. One attempted murder for each lethal injection. This makes CSIS guilty of torture and crimes against humanity as per and defined in **The Rome Statute of the International Court. Article 7 (2E)** states: "Torture means the international infliction of severe pain or suffering, whether physical or mental, upon the person in the custody or under the control of the accused." The CSIS is guilty of crimes against humanity as in the Canadian **"Crimes against Humanity and War Crimes Act, of 2000".** Guilty for the torture of an innocent mentally handicapped person **just because he has TURRETS SYNDROME**. Shortly after the incident with the lethal injections, CSIS put a CSIS restraining order on CSIS for the prohibition of the torture of the Plaintiff in mid-January, 2021. Making that **a total of 3 restraining orders placed on this case so far for the prohibition of the torture of the Plaintiff.** Counter-terrorism measures were being used on the Plaintiff by the American FBI from March, 2022 - September, 2022. The FBI reason for the counter-terrorism measures were ONLY because the Plaintiff has turrets syndrome. NOT because of any lawful reason or excuse whatsoever. That's discrimination. **Article 1 of the Convention Against Torture, 1984 makes this act of discrimination Torture when done to an innocent person.**

**3.** a Declaration that the Plaintiff is not only 100% innocent, but the FBI is a leading U.S. counter-terrorism, counterintelligence, and criminal investigative organization, the **FBI has jurisdiction over violations of more than 200 categories of federal crimes. The Plaintiff is being held guilty of none of them, the Plaintiff is 100% innocent. The United States FBI has no jurisdiction over this case.** The information on the warrant for this FBI operation has information that is not true and is unfactual allegations about the Plaintiff. The paperwork for that warrant to operate is an OATH form, signed under oath. With unfactual and incorrect information about the Plaintiff making this warrant to operate obtained by perjury and void. The American FBI has jurisdiction over more than 200 categories, but the torture of an innocent mentally handicapped person just for having turrets syndrome, the FBI has no business or jurisdiction doing any of this. Counter-terrorism measures are being used on the Plaintiff, a innocent mentally handicapped person with turrets syndrome just because he has turrets

4

syndrome and abnormal mental activity when drugged with nerve agents and the reaction of the turrets syndrome to these nerve agents. You call this counter-terrorism? This is not counter terrorism, when this operation is done to an innocent person, it is a gross act of violations of human rights and crimes against humanity. **The FBI reason or excuse for doing this whole operation to the Plaintiff is pathetic, unfactual allegations and holds no merit or grounds for anything. The FBI has no business whatsoever to do anything to any innocent American.** The fundamental idea behind law enforcement is rehabilitation, not to torture innocent Americans

**4.** a Declaration that the FBI clearly knew of no act of crime ever committed by the Plaintiff. This case is not about any lawful reason or excuse whatsoever. **The FBI is guilty of Negligence as per the Federal TORT Claims Act, the (FTCA) act**. Every FBI employee on this case from March, 2022 - September, 2022  failed to follow protocols and procedures for torture when assigned to this case. Every FBI employee assigned to this case knew that this was torture and knew that the Plaintiff was innocent and knew that they were torturing the Plaintiff for nothing. Every FBI employee assigned to this case from March 2022 - September 2022 is guilty of Negligence as per the Federal TORT Claims Act. Every FBI employee has been provided with the education and information regarding the prohibition against torture. The FBI also includes this prohibition in the rules or instructions issued in regard to the duties and functions of any such person. With the intent and knowledge of torture, every FBI employee has been negligent for torture by not using the the duties and functions, the education and information provided to them for the prohibition of torture in any territory under their jurisdiction. The training is provided for every FBI employee for the recognition of torture and prevention of torture and Crimes Against Humanity. FBI employees have been entrusted with extraordinary powers to be responsible with people's lives in their hands and they used these extraordinary powers to prosecute an innocent mentally handicapped person for something that does not constitute a criminal offence and torture an innocent mentally handicapped person just for being mentally handicapped. Not only do members of the FBI comport themselves in a manner to facilitate this culture, but they refuse to acknowledge it constitutes wrongful conduct. To many of them, the rules do not apply. While not all members of the FBI openly behave in this fashion, the FBI has been generally unwilling or unable to take steps to protect its culture from thriving in this manner. Those that do not participate look the other way. The Plaintiff's attempts to raise concerns seeking corrective action have been met with derision and reprisal in the form of Torture with Biological Nerve Agent causing trauma to Plaintiff's central nervous system, body and involuntary organs including his heart and lungs. The FBI has actively inculcated this culture, openly rejecting operating procedures, Constitutional Rights and Due Process. This tone and approach has been dictated from the top, and adopted throughout the organization. For the Plaintiff, this conduct has simply been too much for too long. **The American justice system guarantees everyone due process under the law. America's legal system is based on a heritage that includes the rule of the law, freedom under the law, democratic principles and due process.** Due process is the principle that the government must respect all of the legal rights a person is entitled to under the law. With intent and knowledge the FBI employees caused severe pain and suffering, cruel, inhuman, degrading treatment. Intentionally inflicted physical and mental premeditated Torture including Biological Crimes Against Humanity with Nerve Agents causing severe pain and bodily harm to Plaintiff. This was unwarranted and disproportionate treatment and punishment and a miscarriage of justice

**5.** a Declaration that the FBI has breached the **Biological and Toxin Weapons Convention and Chemical Weapons Convention** with the development, production, acquisition, retention, transfer and use of Biological Nerve Agents and used it to Torture the Plaintiff. Any use of nerve agents on a human is using a biological weapon on a human. This breaches the limitations of the FBI's warrant to operate. The use of any biological weapon on a human is torture. To conduct this operation, FBI employees are breaching the limitations of their warrant for this operation and using biological and chemical weapons on innocent Americans

**6.** a Declaration that the FBI has breached the **American Convention on Human Rights, Article 9. Also the International Covenant on Civil and Political Rights, Article 15 - 1.** States "No one shall be held guilty of any criminal offense on account of any act or omission which did not constitute a criminal offense, under national or international law, at the time when it was committed." The FBI is guilty of holding the Plaintiff guilty of being "CRAZY" on account of abnormal mental activity caused by the nerve agents being used on the Plaintiff and acting on the Plaintiff's turrets syndrome. The FBI is 100% liable and 100% responsible for all abnormal mental activity caused by the nerve agents used on the Plaintiff. Even though "substance induced by the FBI", Abnormal mental activity and abnormal thoughts are not a crime. The plaintiff has the "Freedom of Thought" as per the **American Convention on Human Rights, Article 13. Also the International Covenant on Civil and Political Rights, Article 18**. States "Everyone has the right to freedom of thought and expression. This right includes the freedom to seek, receive, and impart information and ideas of all kinds, regardless of frontiers, either orally, in writing, in print, in the form of art, or through any other medium of one's choice." The Plaintiff has the freedom to think anything in the world no matter what. This makes the Plaintiff 100% innocent and this case a miscarriage of justice. The Plaintiff is not only 100% innocent, but the FBI has jurisdiction over violations of more than 200 categories of federal crimes. The Plaintiff is being held guilty of none of them, the Plaintiff is 100% innocent

**7.** a Declaration that the FBI operate to read and record Plaintiff's brain activity with special investigative technology that have been **permanently glued to Plaintiff's eyes, only to be surgically removed and replaced**. Totalling more than 20 counts of illegal surgical eye procedures without a license and without consent causing bodily harm and eye scarring. Making it possible to monitor and record thoughts, feelings, and having full control of the ingestion of Biological Nerve Agents causing inhumane Torture to Plaintiff's Central Nervous System, brain, involuntary organs causing brain shut down, unconsciousness, body convulsions and seizure, every day between March, 2022 and September, 2022. These surgical procedures and causing eye scarring breaches the limitations of the FBI warrant to operate. The FBI warrant for this operation only allows for the removable full eye contact that does not cause bodily harm or eye scarring from the use and removal of the lens in the eye. Nowhere on the warrant to operate does it allow for surgical procedures or eye scarring or bodily harm of any kind. No warrant in the world allows for the bodily harm of an innocent American. By breaching the limitations of their warrant, with the intent and knowledge of wrongful conduct, every FBI employee has taken the responsibility and liability for illegal surgical procedures into their own hands by not using the the duties and functions, the education and information provided to them for the prohibition of wrongful conduct in any territory under their jurisdiction

8. a Declaration that the FBI has breached The **American Convention on Human Rights, Article 24. Also the Convention On The Rights Of Persons With Disabilities (CRPD). Signed 30 March 2007. In New York. Article 5**. "Equality and non-discrimination". "State parties recognize that all persons are equal before and under the law and are entitled without any discrimination to the equal protection and equal benefit of the law". The Plaintiff received the opposite, the Plaintiff was called "CRAZY" by the FBI because of his mental handicap. The Plaintiff has **Turrets Syndrome, a neurological disorder** that causes dysfunction in parts of the brain the part of the brain with turrets syndrome has "access" to. In this case, being called "CRAZY" is very discriminatory to mental handicapped people and does not by any means whatsoever describe anything that is actually going on in the Plaintiff's brain.The FBI called the Plaintiff "CRAZY" as a valid reason or excuse to torture the Plaintiff and that is the exact definition of "discrimination to the protection and equal benefit of the law" that normal innocent Americans receive but the Plaintiff did not just because he has turrets syndrome. The Plaintiff has the freedom to think and be anything as outlined in the constitution. The FBI employees refuse to acknowledge it constitutes wrongful conduct. Knowing that this case is not about any lawful reason or excuse, the FBI employees were negligent to stop this torture from happening, instead the FBI employees then called the Plaintiff "CRAZY" and every FBI employee experimented on the Plaintiff with biological nerve agents to see "abnormal mental activity". Every FBI employee that was assigned to the Plaintiff's case, everybody that saw the Plaintiff's case and every new shift that came on, 3 shifts per day, 3-4 FBI employees each new shift experimenting on the plaintiff with various biological nerve agents to see different abnormal brain reactions to the biological nerve agents. **There is nothing intelligent about the outbursts of turrets syndrome (always random profanity and weird things)**. The FBI employees thought that these turrets syndrome outbursts were the Plaintiff's normal thinking and called the Plaintiff "CRAZY". Every FBI employee assigned to the Plaintiff's case breached the **Convention On The Rights Of Persons With Disabilities, Article 15**. "No one shall be subjected to cruel, inhuman or degrading treatment or punishment. In particular, no one shall be subjected without his or her free consent to medical or scientific experimentation." The FBI's attitudes and approaches towards the Plaintiff were inhuman and degrading, unwarranted and disproportionate treatment and punishment. The FBI employees did not recognize the rights of a person with disabilities in this case. The FBI were once again negligent to the fact that the Plaintiff is an innocent mentally handicapped person with turrets syndrome. The FBI also refused to respect the Plaintiff's mental integrity as stated in the **Convention on the Rights of Persons with Disabilities, Article 17**. " protecting the integrity of the person". States" Every person with disabilities has the right to respect for his or her physical or mental integrity on an equal basis with others." Basically, the FBI instead of helping the Plaintiff and stopping this torture case like they were trained to follow the protocols and procedures for torture, and the law says they have to, the FBI employees instead further tortured and experimented with a mentally handicapped brain using biological nerve agents. A chemical weapon. Also on the Biological and Toxin Weapons Convention. That's the most inhuman thing that can ever be done to a mentally handicapped person. With the intent and knowledge of torture, every FBI employee has taken the responsibility and liability for torture into their own hands by not using the the duties and functions, the education and information provided to them for the prohibition of torture in any territory under their jurisdiction

**9.** a Declaration that the FBI, is liable to the Plaintiff for the damages caused by its breach of operating procedures and mass violations of human rights to an innocent American. With intent and Knowledge caused severe pain and suffering, cruel, inhuman, degrading treatment. Unjustifiable, unwarranted and disproportionate punishment. Unwanted effects to a mentally handicapped brain because of the turrets syndrome reaction to the nerve agents causing extreme suffering. Intentionally inflicting physical and mental premeditated torture to an innocent mentally handicapped person just for having turrets syndrome, including attacks with toxic substances, Biological Nerve Agents for more than 150 days consecutively. More than 20 counts of illegal surgical eye procedures without a license and without consent. Negligence under the Federal TORT Claims Act, breaching the Federal Clause of the American Convention on Human Rights, discrimination, medical and scientific experimentation under the convention on the rights of persons with disabilities, torture of an innocent mentally handicapped person with nerve agents breaching the biological and toxins weapons convention and the convention against torture of 1984. Plaintiff has eye scarring to prove it. Damages caused by negligence on many occasions as listed in this document

**10.** pecuniary and non-pecuniary damages arising from the FBI's breach of operating procedures and mass violations of human rights to an innocent American. The FBI has made many   mistakes in this case. With intent and Knowledge the FBI employees took the law, the responsibility and the liability into their own hands and caused severe pain and suffering, cruel, inhuman, degrading treatment. Unjustifiable, unwarranted and disproportionate punishment. Unwanted effects to a mentally handicapped brain because of the turrets syndrome reaction to the nerve agents causing extreme suffering and complete brain dysfunction. Intentionally inflicting physical and mental premeditated torture to an innocent mentally handicapped person just for having turrets syndrome, including attacks with toxic substances, Biological Nerve Agents for more than 150 days consecutively. More than 20 counts of illegal surgical eye procedures without a license and without consent. Negligence under the Federal TORT Claims Act, breaching the Federal Clause of the American Convention on Human Rights, discrimination, medical and scientific experimentation under the convention on the rights of persons with disabilities, torture of an innocent mentally handicapped person with nerve agents breaching the biological and toxins weapons convention and the convention against torture of 1984 in the amount of $360,000,000.00

**11.** special damages in the amount to be determined , including future and anticipated medical and out of pocket expenses as per the Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, 1984. Article 14

**12.** premeditated physical sickness, aggravated, exemplary and physical damages, and damages pursuant to Amendment  8 of the Constitution of the United States in the amount of $5,000,000.00

**13.** prejudgement and post-judgement interests;

**14.** the cost of this action, including all taxes applicable, on a substantial indemnity basis; and

**15.** such further and other relief as this Honorable Court may deem just

## STEFAN's BACKGROUND

**16.** Stefan Michalopoulos has been a target since February, 2005. This whole case has been a "torture case" since February 2005. Stefan moved from Sigonella, Sicily, where he served with the United States Navy, to Cold Lake, AB, Canada. Cold Lake is a very very small town in Northern Canada in the middle of nowhere. So small that "everybody knew each other". In the town was an airforce base. In that base were Intelligence personnel and Canadian JTF (like the CIA of the United States before the use of this eye investigative technology). When Stefan moved from Sicily to Cold Lake, he lied about being an ex-navy seal to get a job on an oil rig. Then lied to others as well about it when he was asked about it. It was such a small town that the Canadian JTF heard about it, and investigated Stefan. Found out he was a fraud. In 2005, the Canadian JTF hated him soooo much that the Canadian JTF made Stefan "a target for life", a "world-wide target", and also put Stefan on the "International Terrorist Watch List". Reason being: "He thinks he's a navy seal".  For the next 15 years, the Canadian CSIS did not question the JTF orders to target Stefan even though they knew he was innocent. That's the exact definition of conspiracy.

**17.** At this point, not only is this the torture of an innocent person for "personal gain", but it's a "abuse of entrusted extraordinary powers" for personal gain case. Making this a torture of an innocent person. There's no such thing as an "innocent target". The only difference between a target and torture is innocence. Stefan has been held guilty of something that does not constitute a criminal offense since February, 2005 by the Canadian JTF and Canadian CSIS.

**18.** In January, 2020 an investigation was done with this investigative technology to see what was in Stefan's mind. What was discovered was a lot of "abnormal mental activity". Within a few days, the Canadian CSIS had ordered for Stefan to be "tortured for life". Then raised the concentrations and daily doses of nerve agent to "lethal doses daily" of nerve agent until the restraining orders for torture in January of 2021. The first restraining order by the Internal Affairs of Alberta, the LERB in late December, 2020. The Federal Court System placed a restraining order for torture on this case in early January, 2021, then after the attempted murder with 2 lethal injections while hancuffed and held down on January 11, 2021, CSIS put a CSIS restraining order on CSIS for torture, but it continued. This was due to a lack of knowledge, incompetence, negligence of the Plaintiff's innocence, Negligence of human rights, negligence of criminal conduct and crimes against humanity, negligence of conspiracy. This investigative technology is too good for mistakes. What was done to the Plaintiff was done on purpose, with the intent and knowledge, specifically to torture the Plaintiff to death or until his death. The proof is in the Plaintiff's files dating from December 28, 2019 - January 15, 2020. Look for the reason why the Plaintiff was sentenced to "torture for life". You will see that this is either 1. a lack of knowledge case, 2. incompetence, or 3. a crime against humanity

## FORMAL FBI COMPLAINT

**19.** The Plaintiff, Stefan Michalopoulos called the FBI helpline to make a complaint but was met with derision and ignored. There were 3 phone calls made from the Plaintiff's cell phone # 805-535-6996 to 1800-225-5324 on August 23, 2022 at 6:24pm, 6:36pm, and 6:52pm. The plaintiff was going to keep calling but found this cry for help to be useless as it was met with

derision and mockery. There are protocols and procedures to be followed upon a complaint that has been made and the plaintiff was hung up on 3 times in a row. This is Negligence as per the Federal TORT Claims Act, the (FTCA) act.

## FBI  LIABILITY

**20.** The FBI is directly and vicariously liable for torture carried out by the FBI directly and/or through its agents. I (the Plaintiff), Stefan Michalopoulos, am suing the FBI under the Federal Tort Claims Act, 1946. I am suing for the Negligence of every FBI employee that has been assigned to my case from March, 2022 - September, 2022. In this case, every FBI employee caused bodily harm, torture and crimes against humanity while conducting counter-terrorism measures to an innocent mentally handicapped person that has turrets syndrome, just for having turrets syndrome. Every employee committed these torts within the scope of their employment. The mere fact that a FBI employee committed an illegal or wrongful act does not necessarily entail that the employee acted outside the scope of his or her employment. The conduct of Federal employees is generally held to be discretionary unless "a federal statute, regulation or policy specifically prescribes a course of action for a FBI employee to follow". Where a federal statute, regulation or policy pertaining to the challenged action exists, the action may qualify as "discretionary" if the law in question "predominantly uses permissive rather than mandatory language". This makes the everyday work of an FBI employee generally very discretionary until they encounter a torture case. Every federal statute, regulations and policies for torture specifically prescribes a course of action for the FBI employee to follow. Every FBI employee has been provided with the education and information regarding the prohibition against torture. The FBI also includes this prohibition in the rules or instructions issued in regard to the duties and functions of any such person. The language used in every statute, regulation and policy for torture is very manditory language and leaves no room whatsoever for discretion. Not following the mandatory course of action for torture set out by the training provided, statutes, regulations and policies is a breach of procedure due to negligence.

**21.** One Statute that has this mandatory language is the Convention Against Torture, signed in New York, December 10, 1984,

Article 2. States **1. "Each state party shall take effective legislation, administrative, judicial or other measures to prevent acts of torture in any territory under its jurisdiction"**

**2. "No exceptional circumstances whatsoever, whether a state of war or a threat of war, internal political instability or any other public emergency, may be invoked as justification of torture"**

**3. "An order from a superior officer or public authority may not be invoked as a justification of torture"**

Article 12. States **"Each State party shall ensure that its competent authorities proceed to a prompt and impartial investigation, wherever there is reasonable ground to believe that an act of torture has been committed in any territory under its jurisdiction"**

**22.** Every FBI employee assigned to this case from March, 2022 - September, 2022 knew this case is a torture case. Every FBI employee knew that I have turrets syndrome. Every FBI

employee called me "CRAZY" because of abnormal mental activity when they knew I have turrets syndrome. Calling me "CRAZY" allowed the FBI employees to acquire a warrant and the funding for a counter-terrorism operation to be directed to me, an innocent mentally handicapped person, causing torture and crimes against humanity. That is the exact definition of "discrimination to mantally handicapped people". Every FBI employee was not only negligent in this case but proceeded to experiment on me with counter-terrorism technology to see different abnormal mental activity and torture me with my own turrets syndrome because "nobody had ever seen anything like this before". Every FBI employee assigned to my case between March, 2022 - September, 2022 is guilty of negligence causing bodily harm while working within the scope of their employment. Guilty under the Federal Tort Claims Act, 1946 for Negligence and breach of mandatory procedures for torture. Targeting and counter-terrorism measures are reserved for criminals and terrorists. When they are done to innocent people, the protections of American law makes targeting and counter-terrorism measures a gross violation of human rights, torture and crimes against humanity. There's a line not to be crossed with innocent people, and in my case that line was crossed, putting me on the right side of the law and the FBI employees are now criminals themselves. In other words, the FBI has no business whatsoever with innocent people. In this case, the FBI ultimately failed.

## FBI OPERATIONAL  DUTIES

**23.** to promote health, safety, and well-being and ensure adequate human rights as per the Constitution

**24.** ensure the protection from acts of authority, to his prejudice, that violate any Fundamental Constitutional Rights

**25.** protection from any act by which severe pain or suffering whether physical or mental is intentionally inflicted on a person

**26.** to ensure the effective, legislative, administrative, judicial or other measures to prevent acts of torture in any territory under its jurisdiction

**27.** to ensure that any individual who alleges he has been subjected to torture in any territory under its jurisdiction has the right to complain to, and to have his case promptly, impartially examined by its competent authorities. Steps have been taken to ensure that the complainant and witnesses are protected against all ill-treatment or intimidation as a consequence of his complaint or any evidence given

**28.** to ensure its legal system (the department of justice) that the victim of an act of torture obtains redress and has an enforceable right to fair and adequate compensation, including the means for as full rehabilitation as possible

**29.** measures taken by the FBI shall comply with the Charter of Rights and Freedoms

**30.** the FBI may take measures that would be contrary to American law only if the measures have been authorized by a warrant. No warrant in the world allows for bodily harm as set by limitation laws

**31.** the FBI shall not cause, intentionally or by criminal negligence, death or bodily harm to an individual

**32.** the FBI shall not willfully attempt in any manner to obstruct, pervert or defeat to course of justice

**33.** the FBI shall not subject an individual to torture, cruel, inhuman, or degrading treatment or punishment, within the meaning of the convention against torture, 1984

**34.** to ensure that every human has the right to life, liberty, and security of his person

**35.** to ensure that every accused person of any criminal offense is presumed to be innocent until proven guilty

**36.** to ensure that every person has the right to freedom of investigation, of opinion and of the expression and dissemination of ideas, by any medium whatsoever

**37.** to ensure the right to protection of the law against abusive attacks upon his honor, his reputation, and his private and family life

**38.** to ensure every person has the right to work, under proper conditions, and follow his vocation freely, in so far existing conditions of employment permit

**39.** to ensure that no one shall be held guilty of any criminal offense on account of any act or omission which did not constitute a criminal offense, under national or international law, at the time it was committed

**40.** to ensure that every person accused of an offense has the right to be given an impartial and public hearing, and to be tried by courts previously established in accordance with pre-existing laws and not to receive cruel, infamous, or unusual punishment

## TORTURE

**41.** The conduct of the FBI, and those within the organization for whom the FBI is liable, was an outrageous, gross act of premeditated misconduct. With reckless disregard it was intended to cause the Plaintiff torture and suffering in pain. The cause of which the torture for which the FBI is directly liable making this act of torture, crimes against humanity and mass violations of human rights one of the worse torture crimes in the FBI to an innocent American. Declaration that the LERB (Internal Affairs) of Alberta had to put a CSIS restraining order for the prevention of the torture of the plaintiff in December 2020. Also, the Federal Court System put a restraining order on this case to prevent the torture of the Plaintiff on January 2021. Also CSIS

12

put a CSIS restraining order on CSIS in January 2021 for the prohibition of the torture of the Plaintiff. This case has been a "torture case" since January 2020 when the "CSIS orders" were specifically to torture the Plaintiff. This case is a torture case already. The torture of an innocent mentally handicapped person just for having turrets syndrome and being accused of being "CRAZY" for it. **There have been 3 RESTRAINING ORDERS for TORTURE placed on this case already**

42. The SIU (Special Investigations Unit) of Ontario, proved this case to be "a torture case" on February 1, 2022 when they learned that this operation causes the Plaintiff's brain to seizure. The Plaintiff had an MRI done at the Kelowna General Hospital and the IIO (Independent Investigations Office) of British Columbia proved that the nerve agents caused the Plaintiff's brain to seizure 24 hours per day during this operation in May, 2020. Making any use of nerve agents on humanity torture. The use of any nerve agents on a human being is using a biological and chemical weapon on humanity

43. This operation is a counter-terrorism operation. These measures were specifically designed for terrorists and criminals. To be used on terrorists, not innocent Americans. **The difference between targeting, counter-terrorism measures VS. torture, crimes against humanity is INNOCENCE. The FBI knew of the Plaintiff innocence since the first day that the Plaintiff moved to California in March, 2022. They knew this because this case is not about any lawful reason or excuse whatsoever. There's no broken law or criminal offense in question in this case whatsoever. Making the Plaintiff an innocent person getting tortured. There's no such thing as an "innocent target".** There needs to be a "broken law or criminal activity" for the FBI to obtain a warrant to do anything to anybody and take the protections of American law and American justice system from a person and target them in any kind of way. Even if a person didn't commit a crime yet and is planning to do so, the warrant can be obtained for that person because he is committing "conspiracy", which is against the law and also constitutes criminal activity. There always has to be a broken law or criminal activity to obtain a warrant. Whether it's the use of drugs, or spousal abuse, or whatever other reasons for targeting there is, there's always a broken law in question. Since there's no broken law in question in this case, and the only reason to target the Plaintiff is his turrets syndrome, because of the FBI lack of experience with turrets syndrome in the human brain, the Plaintiff's innocence was overlooked. Proving discrimination and Negligence to the Plaintiff's innocence. (This is a "refresher lesson" for FBI employees on what constitutes a target)

44. In February 2005, The Plaintiff lied about being an ex-navy seal in a little town of 11,000 people. In that town had a big air force base. In that base was Canadian JTF. They discovered that the Plaintiff was saying he was in "Underwater demolition". Then they investigated and discovered the Plaintiff was a fraud. Then the Canadian JTF hated him so much that they made him a "target for life", Put him on the "International Terrorist Watch List", and a "World-wide Target". Reason this is a hate crime to fuck up his life for the rest of the Plaintiff's life. There were no broken laws and no criminal conduct. This is a Torture crime according to the California Penal Code 206 definition: "Every person who, with the intent to cause cruel or extreme pain and suffering for the purpose of revenge, extortion, persuasion, or for any sadistic

13

purpose, inflicts great bodily injury as defined in Section 12022.7 upon the person of another, is guilty of torture."

This was done for SADISTIC and REVENGE PURPOSES. As per the definition of sadistic.

**45.** After 15 years of being a target for life, in January 2020, These eye cameras were used on the Plaintiff to see what he was thinking. The Canadian CSIS discovered the Plaintiff's turrets syndrome but they didn't know that was his turrets syndrome they were looking at in his brain (they had never seen anything like that before). They proved that the Plaintiff "don't think he's a Navy Seal". So now that the Plaintiff is innocent, They then took the turrets syndrome in his brain and called it "Crazy" to get a warrant and funding to "torture the Plaintiff for life". And that's what the orders were to do at the time. When they discovered he was innocent and they made him guilty of something different just to torture the Plaintiff, they committed "Conspiracy" as per the definition in the Criminal Code of Canada, #465 (b): "every one who conspires with any one to prosecute a person for an alleged offense, knowing that they did not commit that offense" is guilty of "Conspiracy".

The Canadian CSIS knew he was innocent because this whole case is not because of any crime committed, or criminal conduct. They were now torturing him JUST BECAUSE OF HIS TURRETS SYNDROME. That's the exact definition of DISCRIMINATION. The Plaintiff was now getting tortured for life.

**46.** In the United States, these Warrants and International Orders hold no legal grounds whatsoever.

**47.** 2 years later in March 2022, I moved to California to run away from the CSIS and see his kids. The California FBI obtained a operational warrant that says "He's Crazy" dating March 2022 - March 2023. A one year warrant. With no offense in question and with no crime committed and no criminal conduct whatsoever, The FBI knew he was innocent since March, 2022, but his innocence was overlooked because everybody was so focused on the turrets syndrome (because nobody had ever seen anything like this before) that they overlooked the Plaintiff innocence. This case was just about his turrets syndrome. That's discrimination. According to Article 1, of the Convention Against Torture: "1. For the purposes of this Convention, the term "torture" means any act by which severe pain or suffering, whether physical or mental, is intentionally inflicted on a person for such purposes as obtaining from him or a third person information or a confession, punishing him for an act he or a third person has committed or is suspected of having committed, or intimidating or coercing him or a third person, **or for any reason based on discrimination of any kind**, when such pain or suffering is inflicted by or at the instigation of or with the consent or acquiescence of a public official or other person acting in an official capacity."

This is now an American FBI torure case, based on the Convention Against Torture, Article 1.

Article 12, the Convention Against Torture says: "**Each State Party shall ensure that its competent authorities proceed to a prompt and impartial investigation, wherever there is reasonable ground to believe that an act of torture has been committed in any territory under its jurisdiction."**

**48.** Those are mandatory words and very "CLEARLY ESTABLISHED" course of action to be taken. The FBI clearly knows about this course of action to be taken but refused to treat this case as a torture case that it is. Making the FBI 100% liable for the torture case.

**49.** This Operation is mainly for counter-terrorism operations like the CIA does overseas. But also used in many court appointed functions, FBI special investigations and the internal affairs with police related incidents so that there are never any mistakes made and never wrongfully accuse and never wrongfully convict anybody, ever. This technology is too good for mistakes to be made. The money provided, the resources provided and the technology provided to the FBI employees allow them to easily maneuver about the system provided for them and shine and radiate excellence as the top investigators in the world without any mistakes whatsoever. The world of investigations has evolved past any kind of guess work to the point where no mistakes are made. Ever. The only mistakes that are made are far and few and are only made due to human habits and human error and negligence. Negligence of wrongful conduct, negligence of policies and procedures, negligence of innocence, negligence of human rights, negligence of the law and purposely holding the plaintiff guilty of something that does not constitute an offense. When mistakes are made in this great new world of technology and resources, they are made purposely or through negligence. But the information, the truth and all the evidence needed to properly conduct FBI operations is provided without mistakes and without limits. Anything needed is provided to surface the truth and abide by the law and conduct business like the FBI instructions issued in regard to the duties and functions of any such person. Shining and radiating excellence as the most powerful investigators in the world.

**50.** All the proof in the world of the Plaintiff's innocence was right in front of them but the conscious Continuing to torture the Plaintiff between March, 2022 and September, 2022 was a conscious decision by the FBI employees. Decision was made to be negligent and continue this crime against humanity and not folow the instructions as in the Convention Against Torture, Article 12. Every FBI employee has "the right to refuse". Every FBI employee assigned to this case from March 2022 - September 2022 is guilty of Negligence as per the Federal TORT Claims Act. Every FBI employee has been provided with the education and information regarding the prohibition against torture. The FBI also includes this prohibition in the rules or instructions issued in regard to the duties and functions of any such person. With the intent and knowledge of torture, every FBI employee has been negligent for torture by not using the the duties and functions, the education and information provided to them for the prohibition of torture in any territory under their jurisdiction. The training is provided for every FBI employee for the recognition of torture and prevention of torture and Crimes Against Humanity. FBI employees have been entrusted with extraordinary powers to be responsible with people's lives in their hands and they used these extraordinary powers to prosecute an innocent mentally handicapped person for something that does not constitute a criminal offence and torture an

innocent mentally handicapped person just for having turrets syndrome.

## NEGLIGENCE

**51.** At all material times, the FBI owed the Plaintiff a duty to carry out those obligations as identified in "Operational Duties". The FBI and those within the organization breached its duty by directly causing Stefan to suffer while being tortured

**52.** With the intent and knowledge, the FBI caused the Plaintiff to suffer while being tortured

**53.** Every FBI employee has been provided with the education and information regarding the prohibition against torture. The FBI also includes this prohibition in the rules or instructions issued in regard to the duties and functions of any such person. Every FBI employee was negligent to acknowledge that following the rules and instructions in regards to the duties and functions of any such person for the prohibition of torture was mandatory

**54.** Every FBI employee assigned to this case refused to recognize this case as a torture case and is **guilty of negligence according to the Convention Against Torture, 1984, Article 12. States "Each State party shall ensure that its competent authorities proceed to a prompt and impartial investigation, wherever there is reasonable ground to believe that an act of torture has been committed in any territory under its jurisdiction"**

**55.** Every FBI employee knew that they were the ones causing this condition in the Plaintiff's brain that they were accusing the Plaintiff of being "CRAZY" for

**56.** Every FBI employee knew that the Plaintiff is 100% innocent. Every FBI employee knew that the plaintiff has turrets syndrome and that they were giving the turrets syndrome access to take over the Plaintiff's whole brain

**57.** Every FBI employee knew that this case was already a torture case

**58.** Every FBI employee knew that they were holding the Plaintiff guilty of something that does not constitute a criminal offense.

**59.** Every FBI employee knew that they were using counter-terrorism measures on a innocent mentally handicapped person just because he has turrets syndrome.

**60.** Every FBI employee knew that the Plaintiff has the freedom to be and think anything he wants to as long as he's not breaking any laws.

**61.** Every FBI employee knows that the FBI includes this prohibition of torture in the rules or instructions issued in regard to the duties and functions of any such person

**62.** Every FBI employee that "never seen anything like this before" and proceeded to

experiment on the Plaintiff knew that the Plaintiff was innocent

**63.** Every FBI employee knew that this case is a "personal case", started in a very small town just because the Canadian JTF in that town hated the Plaintiff and wanted to make the Plaintiff pay for the rest of his life just because they had the power to do so

**64.** Every FBI employee refused to acknowledge that their actions constituted criminal conduct in this case

**65.** Every FBI employee refused to acknowledge that they were breaking procedure by not following procedure for the prohibition of torture in the rules or instructions issued in regard to the duties and functions of any such person

**66.** Every FBI employee knows that they are negligent in this case and that they could have and should have done more a long time ago for this case and for the wellbeing of an innocent American

**67.** Every FBI employee knew that what they were doing was torturing an innocent mentally handicapped person for nothing but did it "just because thats what the Canadian CSIS did"

**68.** Every FBI employee with the intent and knowledge of torture, has taken the responsibility and liability for torture into their own hands by not using the the duties and functions, the education and information provided to them for the prohibition of torture in any territory under their jurisdiction

**69.** Every FBI employee is provided training for the recognition of torture and prevention of torture and Crimes Against Humanity. FBI employees have been entrusted with extraordinary powers to be responsible with people's lives in their hands and they used these extraordinary powers to prosecute an innocent mentally handicapped person for something that does not constitute a criminal offence and torture an innocent mentally handicapped person just for being mentally handicapped

## BREACH OF FEDERAL CLAUSE

**70. The American Convention on Human Rights, Article 28 (Federal Clause) STATES**: "Where a state party is constituted a federal state the National Government of such state party shall implement all the provisions of the Convention over whose subject matter it exercises legislative and judicial jurisdiction." The United States FBI is bound to this Convention and has breached:

**71. Article 5:** 1. Every person has the right to have his physical, mental, and moral integrity respected

17

**72. Article 9:** 1. No one shall be convicted of any act or omission that did not constitute a criminal offense, under the applicable law, at the time it was committed.

**73. Article 13:** 1. Everyone has the right to freedom of thought and expression. This right includes the freedom to seek, receive, and impart information and ideas of all kinds, regardless of frontiers, either orally, in writing, in print, in the form of art, or though any other medium of one's choice

## GROUNDS FOR PHYSICAL SICKNESS, AGGRAVATED, EXEMPLARY, and PHYSICAL DAMAGES

**74.** Negligence, under the Constitution of the United States, Amendment 8

**75.** Negligence, under the Federal TORT Claims Act, (FTCA) act

**76.** Negligence, as per the Convention Against Torture, 1984. Article 12

**77.** Crimes Against Humanity, as per the meaning of the Convention Against Torture, 1984

**78.** Crimes Against Humanity, as per the Biological and Toxin Weapons Convention

**79.** Discrimination, Negligence, and Experimentation as per the Convention on the Rights of Persons with Disabilities

**80.** Negligence, as per the American Convention on Human Rights

**81.** Negligence, as per the International Covenant on Civil and Political Rights

**82.** The FBI was in breach of operating procedures and mass violations of human rights to an innocent American. The FBI has made many  mistakes in this case. With intent and Knowledge the FBI employees breached **Penal Code of California #368.6 - (5 - A crime against a person with disability) , "Senior and disability justice act". The FBI committed "crimes against public decency"** in this unjustifiable, unwarranted and disproportionate punishment. Unwanted effects to a mentally handicapped brain because of the turrets syndrome reaction to the nerve agents causing extreme suffering and complete brain dysfunction. Intentionally inflicting physical and mental premeditated torture to an innocent mentally handicapped person just for having turrets syndrome, including attacks with toxic substances, Biological Nerve Agents for more than 150 days consecutively. More than 20 counts of illegal surgical eye procedures without a license and without consent causing eye scarring. Negligence under the Federal TORT Claims Act, breaching the Federal Clause of the American Convention on Human Rights, discrimination, medical and scientific experimentation under the convention on the rights of persons with disabilities, torture of an innocent mentally handicapped person with nerve agents breaching the biological and toxins weapons convention and the convention against torture of 1984

18

**OVERVIEW LEADING TO "SUBSTANCE INDUCED" TURRETS SYNDROME**

**83.** The FBI is an agency of the government of the United States that engages in the targeting of individuals with a legal warrant, but illegally cause physical and mental suffering, pain, torture, inhuman treatment and biological crimes against humanity to criminals. The FBI uses the best technology in the world, the best resources in the world, have all the money at their disposal that's needed, and network with any law enforcement agencies to accomplish anything. With the use of drones, access to person's cell phones, computers, hidden surveillance equipment, access to needed information, a network of law enforcement to work with they can secretly and illegally operate in the surveillance of targets, breach warrant limitation laws, causing bodily harm by administering noxious thing and setting traps likely to cause bodily harm. Spraying toxic gasses in the homes, Spraying targets' clothes with biological agents and toxic substances to be dermally ingested, causing any effect on that person the FBI wants. The FBI not only sprays targets' clothes with biological agents and toxic substances but they spray the targets' bed with it, pillows, towels, couches, chairs, car seats, put it in the targets' toothpaste, body wash, shampoo & conditioner, laundry detergent, dish soap, hand soap, body spray, deodorant, cologne & perfumes, prescription medication, non-prescription pills including multi-vitamins, protein powders, pre-workouts, and health-related supplements, foods including olive oils, spices, coffees, alcohol bottles, anything for cooking, cigarettes and marijuana. Secretly and illegally operating to cause physical and mental suffering, pain, torture, inhuman treatment and biological crimes against humanity to criminals

**84.** With a legal warrant, FBI teams illegally break into houses with teams of about 4-6 persons. They usually use 3-4 drones to sweep the area and make sure nobody sees the team pull up to the house. The drones , also have been referred to as eye in the sky, look into neighbors' houses to make sure nobody is looking out the windows, also looking for vehicles in the area and persons in the area that could see the team pull up to and evacuate the area. The vehicles they use are electric and make no sound. The drones also use a strobe-type light, or red flashing lights, or coloured lights as signals to the teams. When entering the house there are always 2 persons that enter the house and sometimes signal with the outside 2-4 persons with lights, cricket noises and car alarm noises in the distance if there are people home. Usually they enter the home first when there is nobody home to install illegal hidden cameras and recording equipment, with the illegal surveillance and illegal access to cell phones they can determine when legal paperwork is needed to pursue a legal warrant. With the surveillance equipment set up the 2 person team can enter the homes thereafter and maneuver in the house when there is someone home without being seen. They wear black tights, some are taller, some are shorter and very light on their feet. They wear top of the line night vision equipment and have a way of telling when the light is dark enough so that the human eye can't see. They dim the lights on air conditioners, alarm clocks, and other equipment that makes light, allowing them to maneuver in rooms at night where there are persons without being seen, and are so light on their feet that they are not heard. Only when they want to be. When nobody is home, they have a team come in and change out box springs, couches and dressers for hollow box springs, couches and dressers allowing them to hide in the house and maneuver about the house without people ever knowing they are there. If a drug dealer or drug addict picks up drugs and hides it in the house,

the 2 person team can then change out the drugs for fake drugs with biological agents or toxic substances in it depending on the type of target the person is. Spraying toxic gasses in the homes. The 2 person team also spray these biological agents and toxic substances on clothing to be dermally ingested by the person. They not only spray clothing but spray beds, couches, chairs, car seats, put it in targets' toothpaste, body wash & shampoo, conditioner, laundry detergent, dish soap, hand soap, body spray, deodorant, cologne & perfumes, prescription medication, non-prescription pills including multi-vitamins, protein powders, pre-workouts, and health-related supplements, foods including olive oils, spices, coffees, alcohol bottles, anything for cooking, cigarettes and marijuana. Secretly and illegally operating to cause physical and mental suffering, pain, torture, inhuman treatment and biological crimes against humanity. Setting up for the use of illegal surveillance and operating illegally without a warrant.

**85.** The FBI also targets people in a different way. Mainly for counter-terrorism operations like the CIA does overseas. But also used in many court appointed functions, FBI special investigations and the internal affairs with police related incidents so that there are never any mistakes made and never wrongfully accuse and never wrongfully convict anybody, ever. This technology is too good for mistakes to be made. The money provided, the resources provided and the technology provided to the FBI employees allow them to easily maneuver about the system provided for them and shine and radiate excellence as the top investigators in the world without any mistakes whatsoever. The world of investigations has evolved past any kind of guess work to the point where no mistakes are made. Ever. The only mistakes that are made are far and few and are only made due to human habits and human error and negligence. Negligence of wrongful conduct, negligence of policies and procedures, negligence of innocence, negligence of human rights, negligence of the law and purposely holding the plaintiff guilty of something that does not constitute an offense. When mistakes are made in this great new world of technology and resources, they are made purposely or through negligence. But the information, the truth and all the evidence needed to properly conduct FBI operations is provided without mistakes and without limits. Anything needed is provided to surface the truth and abide by the law and conduct business like the FBI instructions issued in regard to the duties and functions of any such person. Shining and radiating excellence as the most powerful investigators in the world. While the target is asleep, the 2 person team sprays a strong sedative on the targets' skin to be dermally ingested. Allowing the 2-person team to install special investigative technology in the form of a full permanent contact lens that covers the whole eye. Usually installed in one eye, but for longer terms it gets installed in both eyes allowing the investigators to switch from one eye to the lens in the other eye when the first one starts to fail, therefore reducing the need to switch out the lenses as often. The contact recognizes refracted light electrical signals from the eye forming an image in the lens of the eye. With the addition of a liquid biological agent dermally ingested that excites neurotransmission, a clearer projection of a thought is made, and with the action of the pupil a synopsis can be made as to whether the thought is true. Therefore making this investigative technology the most powerful investigative technology in the history of mankind. The FBI started using this technology with many trials making it a very successful investigative tool around 2007. Being adopted by every independent investigations operation across the United States including the Internal Affairs. With this successful investigative tool there needed to be a way of delivering the perfect amount of biological agents to deliver the desired neurotransmission required for the clearest mental projection in the form of a thought, also

being able to monitor feelings and record these thoughts for investigative purposes. Amazing technology releases these biological agents from fabric-looking, remotely controlled releases that can be made to look like any article of clothing they want. Not only clothing during the day, but bed sheets, pillows, or any fabric looking object can remotely deliver the perfect desired amount of biological agent to be dermally ingested by the target without the targets' knowledge or consent. Making these articles of clothing, pillows and bed sheets ``remote controlled biological and chemical weapons to be used on humanity". This operation is highly illegal, by far the most invasive form of investigative technology in the world. Breaching Criminal Code laws that pertain to privacy, administering noxious things, traps likely to cause bodily harm, Torture with dermal injection of nerve agents, biological crimes against humanity, aggravated assault are just some of the many violations of human rights breached by this operation. This operation breaches the limitations of the warrant for the FBI to conduct this operation. There's no warrant in the world that allows for the use of nerve agents on humans. A biological and chemical weapon

**86.** The FBI with the intent and knowledge caused premeditated torture to a mentally handicapped person just for having turrets syndrome and biological crimes with Nerve Agents against Plaintiff. The FBI knowingly breached operating procedures and mass violations of human rights. Used Investigative technology to monitor Plaintiff's brain activity, recording Plaintiff's thoughts, feelings 24 hours per day and having full control of the dermal ingestion daily of liquid Biological Nerve Agent causing inhumane Torture to Plaintiff's central nervous system, everything in the brain causing seizures, muscle twitching and convulsions, and cardiac arrests. **The nerve agents being used on the Plaintiff cause seizuring of the brain.** When that happens, a chain reaction of events happen in the Plaintiff's brain as follows:

**87.** It excites neurotransmission making it faster and stronger.

**88.** It allows parts of the brain "access" to one another where it would never have that kind of access before or never normally. This is used for the investigative tool to see up to 80%-90% of the brain instead of just the normal 25%-30% without the nerve agents and the "access" of one part of the brain to all others. The FBI's substances and nerve agents were specifically designed for that purpose. That's exactly what they were made to do and exactly why it is being used on the Plaintiff. Specifically for that purpose.

**89.** When the seizuring allows this "access" to the different parts of the brain, it also allows the part of the Plaintiff's brain that has turrets syndrome "access" to all other parts of the brain.

**90.** When the part of the brain with turrets syndrome has "access" to all other parts of the brain, it now creates dysfunction in all other parts of the brain instead of just the normal speech and movements. Now all thought processes, memory, imagination, everything about the thought process and hormonal balance and parts of the brain that affect the whole body of the plaintiff is now dysfunctional with turrets syndrome. Complete brain dysfunction.

**91.** The results of the dysfunction in a particular part of the brain varies depending on the function of that part of the brain. For example speech and turrets syndrome cause outbursts of

profanity and weird stuff, and movements causing "tics" and "twitching". There is nothing intelligent about the outbursts of turrets syndrome.

92. The results of the dysfunction is seen by the investigative technology as being random dysfunction in the brain. Basically the technology is seeing many different types of turrets syndrome at the same time coming from many different parts of the brain now acting dysfunctionally.

93. The investigative technology does not see "conscious mind", "subconscious mind". It sees "parts of the brain". The separation between the conscious mind and subconscious mind and the thought process are interpreted by the interpreter reading this technology. Where the thought process begins in the subconscious mind, then there's a delay before the recognition of the thought in the conscious mind. Then the recognition of the thought is seen and also the start of new thoughts in the subconscious at the same time. When you add the turrets syndrome it makes the interpretation of thoughts in the subconscious mind and also the parts of the brain that don't affect the conscious mind or subconscious mind very difficult to interpret. The interpreters see a world of dysfunction while the plaintiff is not affected whatsoever by it, just when the parts affecting the subconscious and conscious mind have dysfunction, resulting in outbursts of profanity and dysfunctional thoughts.

94. The turrets syndrome now has "access" to other parts of the brain. Therefore, it has access to the parts of the brain that make up and affect the conscious part of the mind. It has access to the parts of the brain that make up and affect the subconscious mind, and it also has access to the parts of the brain that do not make up or affect either the conscious or subconscious minds. So therefore a lot of abnormal mental activity is seen by the investigative technology that does not affect the Plaintiff's conscious or subconscious mind whatsoever, but the investigators and the interpreters and all the FBI employees have been wondering from March, 2022 - September, 2022 what this abnormal mental activity is. Turns out that all this abnormal mental activity is just the Plaintiff's turrets syndrome taking over the whole brain when given the "access" to do so. This would never happen under normal conditions, making the FBI 100% responsible and 100% liable for this whole case. In other words, the FBI caused this condition in the Plaintiff's brain by drugging the Plaintiff with nerve agents, then continued to experiment more on the Plaintiff like a lab monkey. It was discovered through medical and scientific experimentation that turrets syndrome has the capability to create dysfunction in every and all parts of the brain it has access to. That's why there's so many different types of turrets. Actually, there's only one type of turrets syndrome; what changes is the access to the parts of the brain of the person that has it.

95. The FBI has only been using this investigative technology for +- 16 years. It is understandable that these investigators have never seen turrets syndrome before in a person's brain. 1 in 10,000 adults have turrets syndrome. That means that if in their career an investigator analyzes 2000 brains, then their chances of ever seeing turrets syndrome in their whole career is only 1 in 5 chance. That's why "nobody has ever seen this before". And proceeded to experiment. Also, no FBI employee realized that if you give parts of the brain access to one another, you're also giving the turrets syndrome access to create dysfunction

wherever it has access to. Also, the FBI employees are speeding up and making the turrets syndrome much stronger than normal, causing complete brain dysfunction. **It is now "substance induced" turrets syndrome**, Like turrets syndrome on crack. Then given access to the whole brain. "Medical experts in mind reading" is a field that doesn't exist yet in your line of work. Right now it's just a bunch of "trial and error" and figuring things out. Mental handicap is a field in mind reading that needs more research and development. Thats understandable since this technology just started being used in about the year 2007.

96. The only flaw about this investigative technology is that it sees all parts of the brain at the same time. Making this technology as good as the person interpreting it and interpreting the brain and thoughts and feelings, emotions, communication in many different ways, thoughts coming from various parts of the brain networking together for the final outcome of a conscious thought. There's no separation between conscious mind, subconscious mind, and the parts of the brain that don't affect either the conscious mind or the subconscious mind. When there is turrets syndrome affecting the whole brain, it makes it very very difficult to interpret what's turrets syndrome from what's a real thought throughout the thought process from start to finish in the different parts of the brain as all parts are dysfunctional with turrets syndrome. Since this technology has only been used for +- 16 years by the FBI, there still leaves room for learning about mental disabilities and how the mental disability will react to your brain substances and your very controlled brain seizuring and very controlled mental "access" from parts of the brain to one another. A scientific breakthrough in turrets syndrome was discovered in this case and the turrets syndrome reactions to allowing "access" to the rest of the brain. It was discovered that the turrets syndrome has no boundaries. It is not limited to the parts of the brain for speech and movements. What is limited is the "access". The part of the brain that has turrets syndrome will cause dysfunction in any and all parts of the brain it has access to. In normal conditions, the turrets syndrome of the Plaintiff is slow, too slow for comprehension when reading the mind, and the Plaintiff has "ticks" but mild ones. When drugged, neurotransmission is "excited" and speed up, forcing the Plaintiff to not only think all the time, but speed up the thinking process and opens up "access" from parts of the brain to one another. Everything that is done to the Plaintiff's brain affects the Plaintiff's turrets syndrome equally as turrets syndrome is a neurological condition and a part of the central nervous system. When the Plaintiff's brain neurotransmission is excited in such a way, the turrets syndrome is now excited in such a way also. By drugging the Plaintiff, then access is given for your technology to see 90% of the brain instead of the normal 25%. The access is also granted for the part of the brain with turrets syndrome to create dysfunction in all parts of the brain now because it has the "access" to do so. Causing very abnormal mental activity seen by every FBI employee but no FBI employee had ever seen anything like that before.

97. An honest mistake had been made by every FBI employee that has called the Plaintiff "CRAZY". It was simply a lack of knowledge in the effects of the FBI substances and nerve agents and the reactions of turrets syndrome to them. It has been a scientific breakthrough in turrets syndrome and a learning experience for those interpreters and FBI agents who now have experience in the Plaintiff's case. In the interest of continuous improvement, this information needs to be shared among your community. So that the next time someone comes across a person with turrets syndrome, and it will happen again because 1 in 10,000 adults have it, they will say "I've heard of this before, it's just what turrets syndrome does to the brain. It takes over

the whole brain when given the access to do so". Instead of saying "I've never seen or heard of anything like this before, he's obviously crazy. Look at what his brain is doing. Torture him for life. He's obviously crazy". The FBI employees should have seen that the Plaintiff was innocent either way. Bottom line and lesson learned: The FBI has no business doing anything to innocent Americans. This is a sad story and a hard lesson learned that the Plaintiff paid for for doing nothing. The Plaintiff has turrets syndrome, of course there's going to be abnormal mental activity…What else do you expect?!

## CONCLUSIONS

**98.** The FBI is a unique organization, entrusted with extraordinary and intrusive investigative powers for the purpose of investigating threats to the security of the United States. It operates under a veil of secrecy that has been used to breach all of "Operational Duties". The FBI employees need to be more responsible with innocent people's lives. The FBI has ultimately failed, making this premeditated act of crimes against humanity and mass violation of human rights a learning experience for the FBI in the field of turrets syndrome and the investigative technology used for just +- 16 years now by the FBI. There is still much to learn about the human brain and mental handicapped people and how different mental handicaps react to different substances when being drugged. Thats why mentally handicapped people and substances don't mix. Also why misdiagnosis for mentally handicapped people is very dangerous because they get mistreated and that mistreatment can cause a chain reaction of events in that mentally handicapped brain that can be torturous for that person and cause extreme suffering making the mental handicap 100X worse where a normal brain would not. 1 in 10,000 adults have turrets syndrome. That means that if in their career an investigator analyzes 2000 brains, then their chances of ever seeing turrets syndrome in their whole career is only 1 in 5 chance. That's why "nobody has ever seen this before". And proceeded to experiment. There has been a scientific discovery in this case about turrets syndrome and its capabilities when substance induced. But the most important lesson learned from this case is that the FBI has no business whatsoever with innocent Americans. Where counter-terrorism measures and targeting now becomes torture and crimes against humanity when done to innocent Americans. In this case the FBI has become the people who they hate the most and has terrorized the Plaintiff. There's a fine line between law enforcement and the people who they go after. There's a line that is not crossed when it comes to innocent people. In this case that line was crossed and the FBI became criminals themselves due to negligence. Your perfect system is not negligent to fundamental laws and principles but sometimes people are. The Plaintiff is the one on the right side of the law in this case, not the FBI. The FBI now find themselves a victim of their own imperfect system. Any system no matter how perfect that involves human beings will always have that "human factor" for failure and mistakes made. Some mistakes are honest mistakes, others are due to lack of knowledge, or new technology or negligence. With this new investigative technology, no mistakes are made as to whether innocent or guilty. Where a murder case takes 4-6 hours with this investigative technology to prove. The FBI has over 4500 hours from March, 2022 - September, 2022 of proof with the best and most powerful investigative tool in the world proving the Plaintiff innocent. The Plaintiff also has been a target since 2005, having files about everything that the Plaintiff has ever done in the last 18 years as reference to the Plaintiff's innocence. Something needs to be done about this injustice towards the Plaintiff. The American justice system can't and will not let the FBI make a mistake with an innocent American's life just for having turrets syndrome. That would be excluding the Plaintiff from humanity, from his rights and freedoms and due process just for being mentally

24

handicapped. These counter-terrorism measures are 100X worse and 1000X more inhumane than jail will ever be and is reserved for criminals and terrorists. Not innocent Americans. There are so many things wrong with this case that it just needs to be shut down forever. It's the Plaintiff's right and freedom to have the brain he was born with without discrimination under the law from the FBI for it. There needs to be a prompt and impartial investigation on this whole case as listed in the Convention Against Torture, Article 12 because there are too many things wrong with it. With the advancements in technology, policies and procedures, this case should have been caught in March, 2022 and treated like the torture case that it is. The FBI in this case deviated from these policies and procedures. It's not at their discretion, the laws have passed and the policies set in place. The FBI employees were negligent to not follow protocols. American law says that the Plaintiff is to be presumed innocent until proven guilty, not tortured for having turrets syndrome. The United States invests billions of dollars every year to help people with turrets syndrome and mental handicap. In the United States of America you do not torture innocent mentally handicapped people just because their brain is not perfect. The California FBI does not wrongfully accuse or convict anybody under their jurisdiction. Why does the California FBI think its OK to torture the Plaintiff? It would have taken just 1 FBI employee with the right attitude to have brought forward the evidence for torture and saved the life of the Plaintiff back in March, 2022. But it never happened. There's no limitations to the entrusted powers of the FBI. If someone does not have the authority to shut down this case, somebody within the FBI does…. If they know about it. The Plaintiff's turrets syndrome should have been investigated back in March, 2022, instead of torturing the Plaintiff first, then ask questions later. This is a turrets syndrome case, then you are intoxicating it with substances making it "substance induced" turrets syndrome. Of course there's going to be abnormal mental activity… What do you people expect???! This whole case is something that "Nobody has ever heard of before". That's because it's not supposed to have happened. Short version of this case: The FBI has little to no experience with turrets syndrome while using their modern technology. That has created suffering and terrorist torture for the Plaintiff. The FBI needs to focus more on the word of the law and the meaning of the law when conducting their everyday operations in whatever form. Not doing so has caused the Plaintiff (an innocent mentally handicapped person) to suffer terrorist torture with biological and chemical weapons at the hands of the FBI between March, 2022 - September, 2022. It's not fair. This is a discrimination case and the Plaintiff is owed compensation for it as per the Convention Against Torture, Article 14.


## APPLICABLE LEGISLATION

**99.** The Plaintiff, Stefan Michalopoulos claims and relies upon the following:

- Crimes Against Humanity and War Crimes Act, 2000. Sections 3, 4, 14
- Rome Statue of the International Criminal Court, Article 7, 8(a-2), 5, 2, 30
- Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, 1984. Sections 1, 2-(1), 2-(3), 4-(1), 4-(2), 12, 13, 14
- International Covenant on Civil and Political Rights, Article 7, 14-(2), 15, 17, 18
- Convention on the rights of persons with disabilities, Article 15
- American Declaration of the Rights and Duties of Man, Article 1, 4, 5, 14, 18, 25, 26
- Chemical Weapons Convention
- Biological and Toxin Weapons Convention
- Federal TORT Claims Act, (FTCA) act
- American Convention on Human Rights, Article 5, 9, 13, 24, 28

25

- International Covenant on Civil and Political Rights, Article 18
- Convention on the Rights of Persons With Disabilities (CRPD), Articles 5, 15, 17

100. The Plaintiff requests proof in writing that # 101 and # 102 have been corrected

101. The Canadian JTF committed PERJURY to make the Plaintiff a WORLD-WIDE TARGET. THIS MUST BE CORRECTED IMMEDIATELY. Never to be targeted again for no lawful reason or excuse

102. The Canadian JTF committed PERJURY to enter Plaintiff on INTERNATIONAL TERRORIST WATCH LIST. THIS MUST BE CORRECTED IMMEDIATELY

103. There are protocols and procedures set in place for the prevention and prohibition of Torture and crimes against humanity. The Plaintiff proposes that the court system and the FBI begin that process immediately

104. This is an international torture case with different government agencies involved. The Plaintiff proposes the FBI to put an FBI RESTRAINING ORDER on this case for the prohibition of torture immediately and seize counter-terrorism measures towards the Plaintiff. Like a jail letting a wrongfully convicted person out of jail. If the FBI refuses to do so, then the Plaintiff proposes that the Federal Court System of California place a restraining order on this case for the prohibition of torture to the Plaintiff. This will make it the 4th restraining order placed on this case so far for torture and to prevent further stalking, criminal harassment, fear and trauma, personal injury, intimidation, interference with work, interference with private and family life without lawful excuse or reason

105. The plaintiff proposes redress in the form of compensation, including the means for as full rehabilitation as possible. As per the "Convention Against Torture, Article 14" STATES: " Each State Party shall ensure its legal system that the victim of an act of torture obtains redress and has an enforceable right to fair and adequate compensation, including the means for as full rehabilitation as possible"

106. The Plaintiff proposes that the Federal Court System subpoena the FBI for the operational warrant and a list of the substances used on the Plaintiff between March, 2022 - September, 2022. Make sure to highlight all the substances that are nerve agents

107. Every FBI employee has a constitutional oath to the protection of the rights and freedoms of innocent Americans

oilwell204@gmail.com
Tel: (805) 535-6996
STEFAN MICHALOPOULOS
35 W. Main St., Suite B-393
Ventura, CA, 93001

26